Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| PLASTICOLOR MOLDED PRODUCTS INC. |
| --- |
|                   **Plaintiff,** |
| v. |
| UNITED STATES, |
|                   **Defendant.** |

**S U M M O N S**

Court No. 20-03822

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: Los Angeles | Date Protest Filed: 4/14/20, etc. |
| --- | --- |
| Protest Number: 2704-20-121545, etc. | Date Protest Denied: 5/28/20, etc. |
| Importer: Plasticolor Molded Products Inc. | |
| Category of Merchandise: Automobile seat covers | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| 555-0668036-6, etc. | 11/25/18, etc. | 10/25/19, etc. | | | |
| (See Attached Schedule) | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
301 E. Ocean Blvd., Suite 1400 Long Beach, CA 90802
Address of Customs Port in Which Protest was Denied

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 900174
Tel: (213) 630-8888
elon@steinshostak.com
Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

## SCHEDULE OF PROTESTS

Los Angeles
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-20-121545 | 4/14/20 | 5/28/20 | 555-0668036-6 | 11/25/18 | 10/25/19 |
| 2704-20-121677 | 4/14/20 | 5/28/20 | 555-0668226-3 | 12/6/18 | 10/25/19 |
| 2704-20-121687 | 4/14/20 | 5/28/20 | 555-0668377-4 | 12/10/18 | 11/08/19 |
| 2704-20-121912 | 4/15/20 | 6/02/20 | 555-0668523-3 | 12/10/18 | 11/08/19 |
| 2704-20-121932 | 4/15/20 | 5/28/20 | 555-0668589-4 | 12/14/18 | 11/15/19 |
| 2704-20-121933 | 4/15/20 | 5/28/20 | 555-0668620-7 | 12/22/18 | 11/22/19 |
| 2704-20-121938 | 4/15/20 | 5/28/20 | 555-0668854-2 | 12/27/18 | 11/29/19 |
| 2704-20-121942 | 4/15/20 | 5/28/20 | 555-0668988-8 | 12/27/18 | 11/29/19 |
| 2704-20-124873 | 5/4/20 | 5/28/20 | 555-0669116-5 | 1/05/19 | 11/29/19 |
| 2704-20-124941 | 5/4/20 | 5/28/20 | 555-0669293-2 | 1/09/19 | 12/06/19 |

Port Director

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

Page 3