UNITED STATES COURT OF INTERNATIONAL TRADE　　　　FORM 7A

| | |
|---|---|
| PLASTICOLOR MOLDED PRODUCTS, INC.<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br>UNITED STATES<br><br>　　　　　　　　　　　　Defendant. | Court No. 20-03822 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: September 10, 2024

/s/ Elon A. Pollack

Attorney for Plaintiff

865 S. Figueroa Street, Suite 1388

Street Address

Los Angeles, CA 90017

City, State and Zip Code

(213) 630-8888

Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: September 10, 2024　　　　Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte

Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-03822 | Plasticolor Molded Products, Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                        Clerk, U. S. Court of International Trade

                          By: _____
                                  Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)